```
                  UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

IN RE:                              :
                                    :
   THE FINISH MAN, LLC,            :     CHAPTER 11
                                    :
      Debtor,                    :     BKRTCY. NO. 23-12767 pmm

## ORDER CONFIRMING DEBTOR'S CHAPTER 11 SUBCHAPTER V PLAN FILED ON OCTOBER 10, 2023

    The Debtor's Chapter 11, Subchapter V Plan of Reorganization filed on October 10, 2023 (Doc. 39), having come before the Court to consider confirmation of the Plan, and

    The Court having considered the evidence at the hearing and the record in this case, including the proffer of counsel, the testimony of Christopher Czonstka, principal/owner of the Debtor, and the Report of Plan Voting;

    The Court finds no objections having been filed; and

    Proper notice of the hearing having been provided,

    The Court finds and concludes that the Plan satisfies the provisions of 11 U.S.C. § 1191(a), being a consensual Plan, including the relevant provisions of Section 1129(a).

    Accordingly, the plan is confirmed pursuant to 11 U.S.C. § 1191(a); and

    In accordance with 11 U.S.C. § 1183(c)(1), the Subchapter V Trustee's services shall automatically terminate upon the plan's substantial confirmation; and

    No later thant fourteen (14) days after the plan's substantial consummation, the Debtor shall (I) file the notice required under Section 1183(c)(2), and (ii) file a motion for the case to be closed, for the Debtor's discharge and for a final decree.

                                            BY THE COURT:

                                            */Patricia M. Mayer/*

**Date: January 16, 2024**                         PATRICIA M. MAYER
                                              UNITED STATES BANKRUPTCY JUDGE